**STATE of Missouri, Respondent,**

v.

**William J. FORDYCE, Appellant.**

**No. WD 65098.**

Missouri Court of Appeals, Western District.

Aug. 8, 2006.

John P. O'Connor, Esq., Kansas City, MO, for appellant.

Michael L. Belancio, Esq., Kansas City, MO, Co–Counsel for appellant.

Shaun J. Mackelprang, Esq., Jefferson City, MO, for respondent.

Before SMART, P.J., ULRICH and HARDWICK, JJ.

### ORDER

PER CURIAM.

William Fordyce appeals from his jury conviction on one count of second-degree drug trafficking, Section 195.223.9(2),

RSMo.2000. Upon review of the briefs and the record, we find no error and affirm the trial court's judgment. No jurisprudential purpose would be served by a published opinion, but we have provided the parties with a Memorandum explaining the reasons for our decision.

AFFIRMED. **Rule 30.25(b).**